# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 7258 PINE BARRENS; AND PINE BARRENS STREET TRUST,

                Appellants,

vs.

BANK OF AMERICA, N.A.,

                Respondent.

No. 75270

**FILED**

DEC 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellants have filed a notice of withdrawal of appeal, which is treated as a motion for a voluntary dismissal of this appeal. Cause appearing, appellants' motion is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
       Charles Hauser, Settlement Judge
       Kerry P. Faughnan
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

18-908307